PS 42
(Rev. 7/93)

## United States District Court
### Eastern District of Arkansas

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

APR 29 2016

JAMES W. McCORMACK, CLERK
By:_____
DEP CLERK

United States of America      )
                              )
vs.                           )
                              )
Derrick Lamont Johnson        )      Case No.    0860 4:15CR00193
                              )

# CONSENT TO MODIFY CONDITIONS OF RELEASE

I, ___Derrick Lamont Johnson___ , have discussed with _____William Fennell_____ , Pretrial Services/
Probation Officer, modifications of my release conditions as follows:
Removal of home detention with electronic monitoring.

I consent to this modification of my release conditions and agree to abide by this modification.

_____      4-12-16        _____      4-12-16
Signature of Defendant          Date          Pretrial Services/Probation Officer    Date
                                                                              4-12-16

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                                   4/22/16
Signature of Defense Counsel                                Date

The Assistant U.S. Attorney ☒ does ☐ does not concur with this modification.
☒ The above modification of conditions of release is ordered, to be effective on ___4/29/16___ .

☐ The above modification of conditions of release is *not* ordered.

_____                                   4/29/16
Signature of Judicial Officer                               Date